Merrimack,
April 6, 1937.

### GOODREAU A. GILBERT *v.* RAYMOND JOYAL.

*John M. Stark* and *Ora W. Craig* (*Mr. Craig* orally), for the plaintiff.

*Devine & Tobin* (*Mr. Devine* orally), for the defendant.

*Per Curiam.* Assuming that both parties were asleep at the time of the accident, it might be found that the plaintiff was not at fault (*Salvas* v. *Cantin*, 85 N. H. 489), and that the defendant was. (*Bushnell* v. *Bushnell*, 103 Conn. 583.)

*New trial.*